**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Juan PARDO–RIVERA, Defendant–**
**Appellant.**

No. 07–51060
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 10, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Rafael Henry Salas, Salas & Salas, El Paso, TX, for Defendant–Appellant.

Before DAVIS, WIENER, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Juan Pardo–Rivera (Pardo) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Pardo has been removed from the United States to Mexico and has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED in part as frivolous, *see* 5TH CIR. R. 42.2, and in part as moot. *See United States v. Rosenbaum–Alanis*, 483 F.3d 381, 383 (5th Cir.2007).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.